IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:15-cv-00658 |
| | ) Judge Trauger |
| CUMBERLAND HEIGHTS FOUNDATION, INC., ET AL., | ) |
| Defendants. | ) |

## ORDER

On November 25, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 7), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's claims under the Civil Rights Act of 1991, the Americans With Disabilities Act, and the Rehabilitation Act of 1973 are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted. The court declines to exercise supplemental jurisdiction over the remaining state-law claim; it is dismissed without prejudice.

This order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 16th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge